FRANK B. BIELASKI, Doing Business under the Trade Name and Style of SEABOARD SERVICE BUREAU, Appellant, v. ABRAHAM S. WECHSLER, Director of Licenses of the State of New York, Respondent — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

HELEN BUSH RIDDER, Respondent, v. BERNARD H. RIDDER, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Untermyer and Dore, JJ.

MILTON G. HAUER, Appellant, v. PHILIP J. RUDDEN, as Executor, etc., of FLORENCE RUDDEN, Deceased, Respondent.— Order affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.; O'Malley and Glennon, JJ., dissent and vote to reverse and reinstate verdict.

1060 FIFTH AVENUE CORPORATION, Appellant, v. THEODORE B. LEWIS, Individually and as Trustee under Deed of Trust of DOROTHY LEWIS LOW Dated December 21, 1937, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

MANUFACTURERS TRUST COMPANY, as Trustee of the Trust under an Agreement Dated April 26, 1937, between JOHN WIASIELEWICZ and MANUFACTURERS TRUST COMPANY, Respondent, v. JOHN WIASIELEWICZ (Also Known as "JAN WASIAK" and "JOHN WASIELEWICZ"), Appellant, Impleaded with Others, Defendants, and FRIEDA S. MILLER, Industrial Commissioner of the State of NEW YORK, Respondent.— Orders unanimously affirmed, with twenty dollars costs and disbursements to defendant-respondent. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

VINCENZO DI STEFANO, Plaintiff, v. PSATY & FUHRMAN, INC., Defendant, Respondent, and KNICKERBOCKER CONCRETE ARCH CONSTRUCTION CO., INC., Impleaded Defendant, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

In the Matter of the Application of WALTER E. MAGUIRE, Petitioner, for an Order under the Provisions of Article 78 of the Civil Practice Act against JOHN J. McELLIGOTT, as Fire Commissioner of the City of New York, Respondent.— Determination unanimously confirmed, with fifty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

SHINYEI CORPORATION, Respondent, v. ALPHA SILK COMPANY, INC., Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of order on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDWARD C. TEPERMAN, etc., Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.

GUSTAVE MITTELMARK, Appellant, v. THE PULLMAN COMPANY and Another, Respondents.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Dore, JJ.